

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )    Magistrate Docket No.    25MJ4054 |
| Plaintiff, | ) |
| v. | )    <u>COMPLAINT FOR VIOLATION OF:</u> |
| | )    Title 8, USC 1326 Deported Alien Found In The United States |
| Rafael AGUIRRE-Cervantes, | ) |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

On or about July 24, 2025, within the Southern District of California, defendant, Rafael AGUIRRE-Cervantes, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JULY 25, 2025.

_____
HON. DAVID D. LESHNER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Rafael AGUIRRE-Cervantes**


### PROBABLE CAUSE STATEMENT

On July 24, 2025, Border Patrol Agent (BPA) E. Gomez was conducting assigned duties in the Chula Vista Border Patrol Station's area of operations.  He was in full Border Patrol uniform with agency patches and insignias visible.

At approximately 3:15 AM, BPA Gomez observed three individuals walking northwest from an area known to Border Patrol Agents as "Murphys Bowl."  Agent Gomez responded to the location and deployed his agency canine.  After a brief search, he encountered the three individuals attempting to conceal themselves in bushes.  BPA Gomez identified himself as a Border Patrol Agent and conducted an immigration inspection.  All three individuals, including one later identified as defendant Rafael AGUIRRE-Cervantes, stated to be citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally.  At approximately 3:30 AM, BPA Gomez placed all three individuals under arrest.

This area is located two miles east of the Otay Mesa, California Port of Entry and approximately two miles north of the United States/Mexico boundary.

Routine record checks of the defendant revealed an immigration history.  The defendant's record was determined by a comparison of his fingerprints.  Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 16, 2020, through San Ysidro, California.  These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.